Exhibit C
Photographs Accused Tidi Products









60977412.1